# United States District Court
## Western District of North Carolina
## Statesville Division

EMNEDIN OMANOVIC,                    )          CLERK'S JUDGMENT
                                     )
            Plaintiff(s),            )          CASE NO. 5:13-CV-00100-DSC
                                     )
            vs.                      )
                                     )
TYSON FOODS, INC. AND TYSON          )
SHARED SERVICES, INC.,               )
                                     )
            Defendant(s).            )


 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 8, 2014, Order.

                              Signed:  July 8, 2014

                              _____

                              Frank G. Johns, Clerk
                              United States District Court